JS-6

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BAO HOANG TANG,<br><br>    Petitioner,<br><br>  v.<br><br>TODD BLANCHE, ET AL.,<br><br>    Respondents. | Case No. 5:26-cv-02281-MBK<br><br>JUDGMENT |

IT IS ADJUDGED that the petition for writ of habeas corpus is GRANTED and this action is dismissed with prejudice.

Dated: May 8, 2026

_____
HON. MICHAEL B. KAUFMAN
UNITED STATES MAGISTRATE JUDGE